# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| ONRE EMMET LEYVA,<br><br>Petitioner,<br><br>v.<br><br>RIVERSIDE COUNTY SUPERIOR COURT,<br><br>Respondent. | Case No. 5:23-cv-00937-AB-DFM<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

Date: May 5, 2026

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge