JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ONRE EMMET LEYVA, | Case No. 5:23-cv-00937-AB-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| RIVERSIDE COUNTY SUPERIOR COURT, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: May 5, 2026

HON. ANDRÉ BIROTTE JR.
United States District Judge